**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **FELICIA WINDHAM JORDAN** | **CASE NO. 5:25-CV-00729** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFFS DEPT DESOTO PARISH ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 47], and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 35] is **GRANTED** and all claims against Defendants are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 22nd day of October, 2026.

Terry A. Doughty
United States District Judge